**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:09-CR-644 CAS |
| v. | ) | |
| | ) | |
| | ) | |
| CHRISTIE BRADLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Thomas C. Mummert, III. On December 2, 2009, Judge Mummert filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Suppress Evidence and Statements be denied.

Defendant Bradley filed objections to the Magistrate Judge's Report and Recommendation on December 11, 2009. Defendant objects to "each and every adverse ruling, decision, finding and order" contained in the Report and Recommendation. She states that the Magistrate Judge's findings and rulings "are against the weight of the evidence adduced at the motion hearing thereon, and are contrary to existing law." Defendant did not assert any specific objections to the Magistrate Judge's Report and Recommendation, and her objections merely incorporate by reference the grounds asserted in her pretrial motion.

The Court has carefully and independently reviewed the full record, and has listened to tapes of the evidentiary hearing held in this matter on November 30, 2009. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant Christie Bradley are overruled. [Doc. 44]

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 42]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence and Statements is **DENIED**. [Doc. 35]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __6th__ day of April, 2010.